```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       United States Courthouse
         312 N. Spring Street, Suite 1400
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail:    Frank.Kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. SACV 07-1226 AG (MLGx) |
|---|---|
| Plaintiff, | ) [PROPOSED] JUDGMENT |
| v. | ) |
| $57,000 in UNITED STATES CURRENCY, ONE 2002 CHEVROLET IMPALA, AND ONE 2001 MERCEDES BENZ E320, | ) |
| Defendants. | ) |
| ROBERT GUZMAN, | ) |
| Claimant. | ) |

After consideration of the papers in support of and in opposition to plaintiff United States of America's Motion for Summary Judgment, and the evidence presented, and in accordance with the Statement of Uncontroverted Facts and Conclusions of Law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff's Motion for Summary Judgment shall be and hereby is GRANTED.

2. The defendant $57,000 in U.S. currency, one 2002 Chevrolet Impala, and one 2001 Mercedes Benz E320 (collectively, the "defendant assets") shall be and hereby are forfeited to the United States of America. The government shall dispose of the defendant assets in the manner provided by law.

DATED: June 4, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


       /S/
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

2

<u>PROOF OF SERVICE BY MAIL</u>

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On <u>May 21, 2009</u>, I served a <u>[PROPOSED] JUDGMENT</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   Robert Guzman
      Inmate No. 44063112
      USP Hazelton
      P.O. Box 2000
      Bruceton Mills, West VA 26525

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via Hand Delivery

___ Via Fax

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>May 21, 2009</u> at Los Angeles, California.

_____
Deena R. Bowman